ORIGINAL

FILED
MAY - 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ANGEL H RAMIREZ ) Case No. 04-56189 RLE
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467841 for an unclaimed dividend in the amount of $0.10. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ANGEL H RAMIREZ
931 SLOAT DR
SALINAS, CA 93907

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 04-56189   Doc# 40   Filed: 05/06/10   Entered: 05/10/10 14:07:27   Page 1 of 1